**The Honorable Richard A. Jones**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID MICHAEL HENSEL,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>HOME DEPOT,<br><br>    Garnishee. | NO.  2:18-CV-01549-RAJ<br><br>   (2:93-CR-00196-CRD-1)<br><br>[PROPOSED] Continuing Garnishment Order |

A Writ of Continuing Garnishment, directed to Garnishee, Home Depot, Inc., has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Home Depot filed an Answer on October 26, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor David Michael Hensel (Mr. Hensel), was an active employee.

After notification of the garnishment proceeding was mailed to the parties on or about September 20, 2018, the Defendant/Judgment Debtor objected to the garnishment and requested a hearing, which the Court denied on January 31, 2020.

IT IS THEREFORE **ORDERED** as follows:

That the Garnishee, Home Depot, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor David Hensel, upon each period of time when Defendant/Judgment Debtor Hensel is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Hensel's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Hensel's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

/ / /

/ / /

/ / /

/ / /

/ / /

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:93-CR-00196-CRD-1 and 2:18-CV-01549-RAJ, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

DATED this 24th day of November, 2020.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] CONTINUING GARNISHMENT ORDER (*USA v. David Michael Hensel and Home Depot,* Court Nos. 2:93-cr-00196-CRD-1 & 2:18-cv-01549-RAJ)
- 3